HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TYRONE BUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> TYRONE BUSH, ) <br> ) <br> *Defendant.* ) <br> ) | No. 1:15-cr-00177 AWI-BAM <br><br> STIPULATION AND [PROPOSED] ORDER TO VACATE 11/30/15 MOTION HEARING AND SCHEDULE STATUS CONFERENCE ON NOVEMBER 23, 2015 <br><br> DATE: November 23, 2015 <br> TIME: 1:00 p.m. <br> JUDGE: Hon. Barbara A. McAuliffe | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motion hearing currently scheduled for November 30, 2015, at 2:00 p.m., **be vacated and a Status Conference be scheduled for November 23, 2015, at 1:00 p.m. with Hon. Magistrate Judge Barbara A. McAuliffe.**

This stipulation is entered into because parties have resolved the defense's specific discovery requests.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |

DATED:  November 19, 2015              By      */s/ Michael S. Frye*
                                               MICHAEL S. FRYE
                                               Assistant United States Attorney
                                               Attorney for Plaintiff


                                               HEATHER E. WILLIAMS
                                               FEDERAL DEFENDER


DATED:  November 19, 2015              By      */s/ Janet Bateman*
                                               JANET BATEMAN
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               TYRONE BUSH


## ORDER

The motion hearing currently scheduled for November 30, 2015, at 2:00 p.m. before Judge McAuliffe, is vacated and a **4th Status Conference** is scheduled for **November 23, 2015 at 1:00 p.m.** before Judge McAuliffe.

The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

**IT IS SO ORDERED**.


IT IS SO ORDERED.

   Dated:   **November 19, 2015**             */s/ Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE