UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>TYRONE BUSH,<br><br>　　　　　Movant. | No. 1:15-cr-00177-DAD-BAM-1<br><br>ORDER SETTING BRIEFING SCHEDULE |

Movant filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 on August 17, 2017. (Doc. No. 25.) It is not readily apparent from the face of the motion whether it is meritorious. *See* Rule 4, Rules Governing § 2254 and 2255 Cases. Accordingly, the government shall have thirty (30) days from the date of service of this order to file a response to movant's § 2255 motion. Movant may thereafter file a reply to the government's response within fourteen (21) days of its filing.

IT IS SO ORDERED.

　　Dated: **August 22, 2017**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1