# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>TYRONE BUSH,<br><br>    Movant. | Case No. 1:15-CR-00177-DAD-BAM-1<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENTION OF TIME<br><br>(Doc. 29) |

    The court has reviewed and considered the United States' motion for an extension of time to file an answer to the § 2255 petition in this case. Good cause appearing, the respondent is granted a 90-day extension; the response is now due on December 20, 2017.

IT IS SO ORDERED.

Dated: **September 20, 2017**　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1